UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHALONDA HARRIS for J.H. | CIVIL ACTION |
| VERSUS | NUMBER: 10-1745 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION: "J"(5) |

**O R D E R**

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the parties to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation (Rec. Doc. 16) and adopts it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's motion for summary judgment (Rec. Doc. 13) is **GRANTED**, that defendant's motion for summary judgment (Rec. Doc. 15) is **DENIED**, and that the case is remanded to the Commissioner for an award of benefits.

New Orleans, Louisiana, this 5th day of December, 2011.

UNITED STATES DISTRICT JUDGE